IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARCHIE L. RAULS                                                                                       PLAINTIFF

Vs.                              CASE NO.   4:07cv00449 JMM

UNITED STATES OF AMERICA                                                            DEFENDANT

## ORDER

Based on the stipulation of dismissal (docket entry #9), the above case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE